451 F.2d 597
 E. J. BROOKS COMPANY, Plaintiff-Appellant,
v.
AMERICAN CASTING & MFG. CORP., Defendant-Appellee.
 No. 712, Docket 35597.
 United States Court of Appeals,
Second Circuit.
 Argued April 13, 1971.
Decided April 13, 1971.
 
 Edward Halle, New York City, for defendant-appellee.
 Robert Henderson, Francis J. Pisarra, New York City, for plaintiff-appellant.
 Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed in open court on the findings of fact and conclusions of law of Judge Dooling below.